**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VOLVIK USA INC. and VOLVIK INC.,

        Plaintiffs,

v.                                                            Case No.: 6:22-cv-1405-WWB-DAB

SOO YON JEON SHIN, JAMES
EUNSUK CHOI and FORWARD
MOTION CORPORATION,

        Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Reopen Case for Entry of a Stipulated Final Order (Doc. 88).  On January 30, 2023, the Court dismissed this case pursuant to Local Rule 3.09(b) and provided that any party could "move the Court to enter a stipulated form of final order or judgment" within a specified period.  (Doc. 84 at 1).

In their Motion, the parties request that the Court re-open this case and enter an order of dismissal with prejudice in which the Court retains jurisdiction over the parties' written settlement agreement and orders that all parties will bear their own fees and costs. The parties cite only to Local Rule 3.09, which provides that "[w]hen notified of an agreement to settle a civil action, a judge may dismiss the case subject to the right of a party to move within a stated time to re-open the case for entry of a stipulated final order or a judgment or for further proceedings."

To the extent the parties request that the Court retain jurisdiction to enforce their settlement agreement, which the parties do not attach to their Motion, the parties fail to

set forth any legal basis demonstrating entitlement to such relief in accordance with Local Rule 3.01(a).  Additionally, this Court is one of limited jurisdiction.  *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 409 (11th Cir. 1999).  Therefore, the Court will not retain jurisdiction to enforce the parties' settlement agreement.  To the extent the parties seek a stipulated final order pursuant to Rule 41, (*see* Doc. 88-1 at 2), stipulations of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are self-effectuating and do not require intervention by this Court.  *See Est. of West v. Smith*, 9 F.4th 1361, 1367 (11th Cir. 2021).

Therefore, it is **ORDERED** and **ADJUDGED** that the parties' Joint Motion to Reopen Case for Entry of a Stipulated Final Order (Doc. 88) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on June 7, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2